UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **EDCV 16-1551-MWF(KKx)**　　　　　　　　　　Dated: **August 29, 2017**

Title: Pacific Rim International West, Inc. -*v*- Jiangsu Baodiao Locomotive Co., Ltd., et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:　　　ATTORNEYS PRESENT FOR DEFENDANTS:

None Present　　　　　　　　　　　　　　　　None Present

PROCEEDINGS (IN CHAMBERS):　　　ORDER TO SHOW CAUSE

　　In light of the Mediator's Report filed August 21, 2017, indicating the case has been completely settled, the Court sets a hearing on Order To Show Cause Re Dismissal for **September 25, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

　　**IT IS SO ORDERED.**