Tony W. Wong (SBN 243324)
A Justin Lum, *Of Counsel* (SBN 164882)
Peter K. Chu (SBN 251705)
D&R I.P. LAW FIRM, APLC
388 E. Valley Blvd., Suite 223
Alhambra, CA 91801
Telephone: 626-447-7788
Facsimile: 626-447-7783
Email: tonyw@dnriplaw.com
       justinl@dnriplaw.com
       peterc@dnriplaw.com

Attorneys for Plaintiff
PACIFIC RIM INTERNATIONAL WEST INC.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| PACIFIC RIM INTERNATIONAL WEST INC., a California corporation, | Case No. 5:16-CV-01551-MWF-KKx |
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL** |
| v. | |
| BOOM INTERNATIONAL HOLDINGS (USA) INC., a California corporation; JIANGSU BAODIAO LOCOMOTIVE CO., LTD., a China company; and DOES 1 thorough 20, inclusive | Hon. Michael W. Fitzgerald |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

STIPULATION FOR DISMISSAL

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire Action is dismissed with prejudice; and

2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

Date: October 2, 2017

_____

HON. MICHAEL W. FITZGERALD

UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I am a citizen of the United States of America and I am employed in Alhambra, California. I am over the age of 18 and not a party to the within action. My business address is 388 E. Valley Blvd., Suite 223, Alhambra, California 91801. On the below execution date I served the within [PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL to the parties or their counsel shown below:

| | |
|---|---|
| Gary F. Wang, (SBN 195656)<br>Email: garywang@gfwanglaw.com<br>Law Offices of Gary F. Wang<br>448 South Pasadena Avenue<br>Pasadena, California 91105-1838<br>Telephone: (626) 585-8001 | |
| | |

X   (BY ECF NOTIFICATION) I filed this document electronically with PACER/ECF and stated parties received notification by e-mail from the ECF filing system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 29, 2017 at Alhambra, California.


　　　　　　　　　　　　　　　__s/Jeffrey Vien/_____
　　　　　　　　　　　　　　　　Jeffrey Vien